UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID M. CARLOCK,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH DAKOTA SOYBEAN PROCESSORS, LLC,<br><br>Defendant. | CIV. #21-4226<br><br>**COMPLAINT AND DEMAND FOR TRIAL BY JURY** |

COMES NOW the Plaintiff, and for his Complaint against the above-named Defendant, states and alleges as follows:

## PARTIES

1. Plaintiff David M. Carlock ("Plaintiff") is, and at all times was, a resident of Bath, Illinois.

2. Defendant South Dakota Soybean Processors, LLC ("Defendant") is a limited liability company duly organized and existing under the law of the State of South Dakota, with its principal place of business in Volga, South Dakota. Defendant owns and operates a soybean processing plant and a soybean oil refinery in Volga, South Dakota and St. Lawrence, South Dakota. Upon information and belief, no member of the LLC has citizenship in Illinois at the time of this lawsuit.

## JURISDICTION AND VENUE

3. Plaintiff David M. Carlock invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1332 based upon the diversity of the parties. The amount in controversy exceeds the sum of $75,000.00.

4. A substantial part of the events giving rise to this action occurred in South Dakota, and thus venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

## FACTS

5. In the early months of 2019, Plaintiff David M. Carlock's employer was hired to perform work for Defendant at its facilities in Volga, South Dakota and St. Lawrence, South Dakota.

6. On February 13, 2019, Plaintiff was performing his work for his employer at Defendant's plant in St. Lawrence, South Dakota when he suddenly slipped and fell on snow and/or ice resulting in an injury to his left shoulder.

7. At the time of the fall, Defendant had provided no, or minimal, snow and ice removal and maintenance.

8. On March 5, 2019, Plaintiff was performing his work for his employer at Defendant's plant in Volga, South Dakota when he suddenly slipped and fell and snow and/or ice resulting in an injury to his right shoulder.

9. At the time of the fall, Defendant had provided no, or minimal, snow and ice removal and maintenance.

10. As a result of the falls, Plaintiff sought medical treatment. For his left shoulder, Plaintiff was diagnosed with rotator cuff tear, subacromial decompression, distal clavicale excision and biceps tenodesis. For his right shoulder, he was diagnosed with a rotator cuff tear, biceps tenotomy, subacromial decompression, distal clavicale excision, superior capsular reconstruction and later suffered a pulmonary embolism as a related complication. Plaintiff underwent surgery on both shoulders as result of his injuries. He also sustained permanent impairment and disability, disfigurement and scarring, past, present, and future pain and suffering, loss of enjoyment of the

capacity of life, emotional distress, loss of past and future earnings, past and future medical costs and expenses, and other general and special damages compensable under South Dakota law.

## COUNT I
### *Premises Liability*

11. Plaintiff hereby realleges paragraphs 1-10 of this Complaint and hereby incorporates them by reference as if fully set forth herein.

12. Defendant owed a duty to Plaintiff to exercise reasonable and ordinary care and awareness in the maintenance and control of its premises in St. Lawrence and Volga, including, but not limited to, a duty to maintain said premises in a safe and reasonable manner, a duty to remove and/or repair any dangerous condition on said premises, and a duty to maintain the premises free and clear of snow and/or ice.

13. Defendant breached its duties owed to Plaintiff by, including but not limited to, negligently maintaining its premises, negligently controlling its premises, failing to maintain its premises in a reasonably safe condition, failing to remove snow and/or ice from its premises, failing to apply salt, sand, and/or ice melt to its premises, failing to remove dangerous conditions on its premises, and/or failing to warn of dangerous condition(s) on its premises.

14. Defendant owned and controlled its premises on which Plaintiff was injured and knew or should have known of the dangerous condition(s), and should have expected that Plaintiff would not have discovered or realized the danger or would fail to protect himself against it.

15. Plaintiff's injuries were reasonably foreseeable to Defendant.

16. As a direct and proximate cause of Defendant's negligence, Plaintiff has sustained injuries and damages as previously set forth.

WHEREFORE, Plaintiff respectfully prays for damages against Defendant as follows:

(1)  For Plaintiff's compensatory, general and special damages in an amount that the jury to compensate Plaintiff for all injuries sustained as a result of the conduct of Defendant described above;

(2)  For Plaintiff's costs and disbursements;

(3)  For pre-judgment and post-judgment interest; and

(4)  For such other and further relief as the Court determines to be just and proper.

Dated this _28th_ day of December, 2021.

        **JOHNSON, JANKLOW, ABDALLAH, REITER, & PARSONS, LLP**

        BY _____
        Jami J. Bishop
        101 South Main, Suite 100
        Sioux Falls, SD 57104-5933
        Phone: 605-338-4304
        Fax: 605-338-4162
        Email: jami@janklowabdallah.com
        *Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff hereby respectfully demands a trial by jury on all issues so triable.

_____
Jami J. Bishop

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
David M. Carlock

**DEFENDANTS**
South Dakota Soybean Processors LLC

(b) County of Residence of First Listed Plaintiff: Mason County, IL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Jami J. Bishop of Johnson, Janklow, Abdallah Reiter LLP, Post Office Box 2348, Sioux Falls, SD 57101-2348, (605)338-4304

Attorneys *(If Known)*
Unknown at this time

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332 / 28 U.S.C. § 1391

Brief description of cause:
slip and fall

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____